IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Lucas Lee Ward

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Detective: Daniel English) Detective: Mellete Officer: M. Anderson) Officer: Trent) Judge: Molony Solicitor: Scarlett Wilson) Solicitor: Alexander J. Ziegler

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. ______________
(to be filled in by the Clerk's Office)

Jury Trial: ☐ Yes ☒ No
(check one)

Case: 1:16-cv-02276
Assigned To : Unassigned
Assign. Date : 11/16/2016
Description: Pro Se Gen. Civil (F Deck)

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

**RECEIVED**
OCT 17 2016
Clerk, U.S. District and Bankruptcy Courts

Lucas L. Ward

additional Defendants in complaint

I also want to include a complaint against Channel 5 news for deformation of character. 5555, Charlie Hall Blvd. charleston sc. 29407

And assistant public Defender: Benjamin C. Lewis for colluding with the state prosecutor or solicitor. 101 meeting st. 5th Floor, charleston sc. 29401-2214

Officer: trent, Detective: Daniel English, Detective: Mellete
180 Lockwood Blvd. charleston SC. 29403
Charleston police department

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Lucas Lee Ward

All other names by which you have been known:

Currently housed SACDC
1295061 inmate number

ID Number: Charleston county detention center

Current Institution: 3841 leeds Ave. N. Charleston SC.

Address: 29405.

Additional mailing adress: 2686 lawrence st.

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Judge: Molony

Job or Title (if known): Ninth judicial circuit

Shield Number: 101 meeting st. Charleston SC. 29401

Employer: 100 Broad St. Charleston SC.

Address:

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Alexander J. Ziegler

Job or Title (if known) Assistant Solicitor

Shield Number Ninth circuit judicial circuit

Employer 101 meeting st. Charleston SC. Suite 400

Address Charleston SC. 29401

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name Scarlett wilson Scarlett A. Wilson

Job or Title (if known) Head Solicitor

Shield Number Ninth judicial circuit

Employer 101 Meeting St. Charleston SC. 29401

Address

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name Officer: M. Anderson

Job or Title (if known) Charleston police department

Shield Number 180 Lockwood BLVD

Employer Charleston SC. 29403

Address

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Lucas Ward

3. July 22, 2016 I was arrested without probable cause or a
Warrant Officer trent never read me my rights. Detective: Daniel english
interogated me without a lawyer when I ask for my attorney
repeatedly. Officer M. Anderson gave a false statement on behalf of
me when her an detective english approach me in puplic twice.
in the gadsen green community charleston sc. Judge malony signed
false warrants. Im being held on excessive bail. I was charged
with a weapon that I didint have or the cops never have.
I did not recieve my full rule 5 report ther were missing documents
I have no names or any witnesses or any copies of my warrant.
My public defender Benjamin C. Lewis is colluding with the state
Violating my equal protection rights. I was placed on channel 5
news an lied on about these false charges. Im being punished as
if im guilty of this crime as thers no evidence against me.
The prosecutor of the state abused the grand jury process in order
to obtain illeagle (illegal) indictments.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

July 22, 2016 I was arrested without my rights being read tome in the gadsen green community without probable cause. I was harrass by all officers in this claim in public for weeks.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Detective: Mellette and detective: Daniel english arrested me without probable cause. Solicitor: Scarlett A. Wilson and Alexander J. Ziegler obtained illegal indictments on me. and denied me my rule 5 in full.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[ ] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[✓] Other *(explain)* Detained

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

on july 5,2016 231 D line street charleston SC officer M.Anderson stoped me outside the complex ask me question about a murder. then she later gave a False statement on my behalf.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 22,2016 I was placed on the news channel 5 live 5news an slandered as if im guilty of this crime. July 5.2016 Detective english an officer M.Anderson question me in public an use my statement against me.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

April champane saw me arrested at her place 231 D Line st without evidence probable cause or rightsread to me. I was charge with a gun I dont own that the officer dont have. I was placed on the new as a Killer

I recieve no legal documents about my case I was denied an attorney in interogation. I'm being held on excessive bail. Judge malony signed false warrants After my arrest.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I now suffer from anxiety an depression from stressing being away from my kids an family. I lost my fiance because the way I was talk about on the news.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Because of deformation of character and false arrest, stressing dissorder, Violation of my constitutional rights I want to file a lawsuit and get whatever I deserve for these false accusations against me.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes My depression did!

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

As far as the claims against state officials go thats before my arrest! After being in the charleston county detention center I became depressed

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Stressing or mental health

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

F. If you did file a grievance:

1. Where did you file the grievance?

Charleston county detention center

2. What did you claim in your grievance?

insomnia lack of sleep unknown siteings an depression

3. What was the result, if any?

Zypreca perscribe in a 5 gram dose day an night

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

______________________________________________

______________________________________________

______________________________________________

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

______________________________________________________________

______________________________________________________________

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[ ] Yes

[✓] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ______________________________________

Defendant(s) ______________________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

______________________________________________________________

3. Docket or index number

______________________________________________________________

4. Name of Judge assigned to your case

______________________________________________________________

5. Approximate date of filing lawsuit

______________________________________________________________

6. Is the case still pending?

[ ] Yes

[ ] No

If no, give the approximate date of disposition. ____________________

What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

________________________________________

________________________________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

[ ] Yes

[✓] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ______________________________

Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

________________________________________

________________________________________

3. Docket or index number

________________________________________

4. Name of Judge assigned to your case

________________________________________

5. Approximate date of filing lawsuit

________________________________________

6. Is the case still pending?

[ ] Yes

[ ] No

If no, give the approximate date of disposition. N/A

What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

______________________________________________

______________________________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct. 1st, 2016.

Signature of Plaintiff: Lucas L. Ward
Printed Name of Plaintiff: Lucas Ward
Prison Identification # 1295061
Prison Address: 3841 Leeds Ave Charleston SC

| Charleston | SC. | 29405 |
|---|---|---|
| City | State | Zip Code |

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney ______________________
Printed Name of Attorney ______________________
Bar Number ______________________
Name of Law Firm ______________________

Address ______________________________

Telephone Number ______________________________

E-mail Address ______________________________

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**INFORMATION FOR PRISONERS FILING AN APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT (FORM AO 240) AND A FINANCIAL CERTIFICATE WHICH ARE REQUIRED TO PROCEED *IN FORMA PAUPERIS* IN CIVIL RIGHTS ACTIONS/*BIVENS* ACTIONS**

Effective May 1, 2013, the costs for filing a lawsuit is $350.00, plus an additional $50.00 administrative fee, for a total of $400.00 which must be paid when the complaint is filed. If you are unable to pay these costs, you may file an Application to Proceed without Prepayment of Fees and Affidavit (Form AO 240) which is a request to proceed *in forma pauperis*. All prisoners, other than pre-trial detainees, also must file a completed Financial Certificate.

A. **General Information About Form AO 240:**

1. The Form AO 240 (form attached) is a request for the court to determine whether you qualify for proceeding in a case without prepayment of the full filing fee as established in 28 U.S.C. § 1914 (currently $400.00). Payment of the full filing fee is required by 28 U.S.C. § 1915. In order for your Form AO 240 to be considered by the United States District Court for the District of South Carolina, it must be typewritten or legibly handwritten. All information must be clearly and concisely written in the appropriate space on the form. Your original signature must be on the form you submit to the Court.

2. When your Form AO 240 is completed, you should mail THE ORIGINAL Form AO 240 along with the additional items listed in the Checklist, which is enclosed, to:

   **Clerk, U.S. District Court**
   **District of South Carolina**
   **901 Richland Street**
   **Columbia, South Carolina 29201**

   If you are submitting your Form AO 240 and/or Financial Certificate in response to an order of this Court, you must put your case number on the documents and mail the ORIGINAL documents to the address provided in the order.

3. It is important to realize that even though a plaintiff may be permitted to proceed *without prepayment of the* filing fee, if the plaintiff fails to prevail in the case, costs may be taxed against him or her when the case is ended, as specified in 28 U.S.C. §§ 1915(f) and 1920; and *Flint v. Haynes*, 651 F. 2d 970 (4th Cir. 1981). Plaintiffs who are permitted to proceed *in forma pauperis* will not be assessed the $50.00 administrative fee.

NOTE TO PRISONER (other than pretrial detainee): Filing the FINANCIAL CERTIFICATE is required under 28 U.S.C. § 1915(a)(2) in order for you to proceed *in forma pauperis*. THE FORM AO 240 IS NOT COMPLETE AND WILL NOT BE CONSIDERED BY THE COURT UNLESS THE FINANCIAL CERTIFICATE HAS BEEN PROPERLY COMPLETED.

B. **General Information About the Financial Certificate:**

1. A Financial Certificate (form attached) must accompany your Form AO 240. The Financial Certificate must be signed by you and be completed and signed by the appropriate officer having authority to review and calculate financial information in relation to your inmate trust account. *If you are detained*

*in a county jail, city jail or local detention center, you do not have to submit the Financial Certificate.*

2. If you do not meet the requirements for paying the filing fee in installments, then the full $350.00 filing fee and $50.00 administrative fee authorized by 28 U.S.C. § 1914 must accompany the civil rights complaint. If you cannot afford to pay the full filing fee, but you have sufficient funds (as calculated according to the Prison Litigation Reform Act) to pay an installment payment, then you must pay the first installment of the filing fee upon being granted *in forma pauperis* status, as computed on the Financial Certificate, at the time you file your complaint.

3. **A properly completed financial certificate is required for the court to consider the Form AO 240 submitted by a prisoner in the South Carolina Department of Corrections or Federal Bureau of Prisons.** DO NOT submit your own affidavit instead of the Financial Certificate, or your case may be delayed. The obligation to pay the filing fee in a case arises out of the filing of a case. *See* 28 U.S.C. § 1915.

4. To obtain a financial certificate disclosing how much money you have credited to your account(s) with the institution in which you are confined, you must sign your name and write your prisoner number (if you have one) on the lines provided at the top of the Financial Certificate (form attached). You should then submit only that page to the division/department that keeps the records of how much money you have in your account(s). (The name of that division/department varies depending on where you are being held, for example, "institutional services" - "accounting", etc.) Someone in that division/department will complete the remainder of the Financial Certificate and return it to you. It is then ready to be submitted to the court with the civil rights/*Bivens* complaint. You must submit the original Financial Certificate, not a copy.

5. The Financial Certificate must be current and signed by the authorized officer of the penal institution within six (6) months of its submission to the court. The Form AO 240 with the completed financial certificate, the accompanying civil rights complaint and all other papers listed on the Checklist must be mailed to the Clerk's Office TOGETHER.

6. When you receive the completed financial certificate, it will show whether you have sufficient funds to pay the full filing fee or whether you qualify for proceeding by paying the filing fee in installments. This determination is based on how much money is currently on deposit in your institutional account(s) and how much money to which you had access over the past six (6) months. Below is a line-by-line description of the information provided on the Financial Certificate:

   (a) The first line shows the average monthly deposits to your prison trust account.

   (b) The second line shows the average monthly balance in your prison trust account for the immediate past six (6) full months.

   (c) The third line shows the total amount of money to which you have access in your institutional account(s) as of the date that the financial certificate was completed. Money that is not readily accessible is not included in this total; the institution or agency confining you may have a policy which requires that a certain minimum balance be maintained, and so the amount shown on the third line would only include an amount in excess of the required minimum.

   (d) The fourth line shows the initial installment payment of the filing fee.

# *CHECKLIST*

When a civil rights case from a state, local or federal prisoner is received, the Office of the Clerk of Court shall determine whether the case is in proper form. The term "in proper form" means that the Clerk of Court has received:

(1) A complaint with your original signature on the appropriate form or in a form substantially similar;

(2) The full filing fee or an Application to Proceed without Prepayment of Fees and Affidavit (Form AO 240) requesting to proceed *in forma pauperis*;

(3) A Financial Certificate form (from all prisoners except pre-trial detainees) completed by the plaintiff and by an officer or employee of the institution where the plaintiff is confined or of the prison system in which the plaintiff is confined;

(4) A separate Form USM-285 for each defendant sued if the plaintiff is proceeding *in forma pauperis* (Note that the plaintiff **must** provide information sufficient to identify the defendant(s) on the Form(s) USM-285. The United States Marshal cannot serve a defendant that is not properly identified, and defendants that are not served may be dismissed as parties to a case.);

(5) A separate summons form for each defendant sued ***or*** one summons listing all defendants and their addresses;

If you need additional space on any of the forms, you may submit additional pages. The plaintiff must use letter-sized paper [8 x 11 inch] and write or type text on one side of a sheet of paper only. Do not write or type on both sides of any sheet of paper. Do not write to the edge of the paper, but maintain one inch margins on the top, bottom and sides of each paper submitted.

*Note to Inmate: If you are detained in a county jail, city jail, or local detention center, you* ***do not*** *have to submit the Financial Certificate. You* ***must*** *submit the Form AO 240.*

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Lucas L. Ward

*Plaintiff(s)*

v.

Civil Action No.

Judge: molony, Detective: Mellete, Alexander Ziegler
Scarlett. A wilson, Daniel English, officer: M. Anderson
officer: Trent, I

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Officer: Trent
Officer: M. Anderson
Detective: Daniel English
Detective: Mellete
Judge molony

Charleston Police Department
180 Lockwood Blvd
Charleston SC, 29403

Scarlett. A Wilson
Alexander J. Ziegler

Charleston county, 101 meeting st, Suite 400
Charleston, SC 29401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________

______________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for Service of Process by U.S. Marshal*

PLAINTIFF | COURT CASE NUMBER

DEFENDANT | TYPE OF PROCESS

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | Number of parties to be served in this case | Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)* | Date | Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80